IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC # 129521                                                                                    PLAINTIFF

v.                              No. 5:12-cv-179-DPM-HDY

LEROY HICKS, Sergeant, Delta Regional
Unit, ADC; M. LOWE, Chief of Security, Delta
Regional Unit, ADC; K. KELLY, Corporal, Delta
Regional Unit, ADC; MAGGART, Security
Officer, Delta Regional Unit, ADC; S. FAYLOR,
Corporal, Delta Regional Unit, ADC; K. HOWELL,
Warden, Delta Regional Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; and
DELTA REGIONAL UNIT                                                                       DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 7*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Aaron's claims against the Arkansas Department of Correction and the Delta Regional Unit are dismissed with prejudice. He may proceed with his claims against the remaining Defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>13 June 2012</u>