**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON                                                                         PLAINTIFF
ADC #129521

V.                                      NO: 5:12CV00179 DPM/HDY

LEROY HICKS *et al.*                                                                        DEFENDANTS

**ORDER**

Plaintiff filed a complaint on May 21, 2012, and service was ordered. On June 18, 2012, the summons was returned unexecuted as to Defendant Kevin Kelly (docket entry #18).[1] Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Kelly is no longer employed there. However, Kelly's last known address was provided and filed under seal. Accordingly, service for Kelly will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to change the style of the case to reflect the correct name of Defendant Kevin Kelly.

2.     Kelly's last known address shall not be made part of any public record.

3.     The Clerk of the Court shall prepare a summons for Kelly, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Kelly, at the address provided under seal, without prepayment of fees and costs or security therefor.

4.     Upon re-issuance of the summons and complaint, the United States Marshal is hereby

---

[1] Kelly's first name was provided with his address under seal.

1

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this __20__ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE