**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON                                                                    PLAINTIFF
ADC #129521

V.                                          NO: 5:12CV00179 DPM/HDY

LOY HICKS *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed a complaint on May 21, 2012, totaling 87 pages, including attachments. Now pending are Defendants' motions to dismiss, or for a more definite statement (docket entries #25 & #28). As Defendants note, Plaintiff's complaint includes numerous documents which were filed in a previous lawsuit, making it difficult to tell the specific claims he is raising in this lawsuit.

The Court will construe the motions as motions for a more definite statement. The motions (docket entries #25 & #28) are GRANTED. Plaintiff is directed to file an amended complaint setting forth a short statement of his claims against each Defendant. The amended complaint should contain no documents from other cases, or grievance documents, but should briefly describe how each Defendant violated his rights. Plaintiff's failure to file the amended complaint within 30 days will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this   31   day of July, 2012.

*/s/ H. D. Y.*

UNITED STATES MAGISTRATE JUDGE