IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC #129521                                                                    PLAINTIFF

v.                          No. 5:12-cv-179-DPM-HDY

LOY HICKS, Sergeant, Delta Regional
Unit, ADC; MICHAEL LOWE, Chief of Security, Delta
Regional Unit, ADC; KEVIN KELLEY, Corporal, Delta
Regional Unit, ADC; JACOB MAGGARD, Security
Officer, Delta Regional Unit, ADC; STEVEN FALER,
Corporal, Delta Regional Unit, ADC; KAY HOWELL,
Warden, Delta Regional Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; and
DELTA REGIONAL UNIT                                                DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 31*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Aaron has not contacted the Court in months. His claims are dismissed without prejudice for failure to prosecute, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's Order. An *in forma pauperis* appeal from this Order, and the related Judgment, would not be taken in good faith.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

*15 November 2012*